No. 217.   MISHAWAKA RUBBER & WOOLEN MANUFACTURING CO. *v.* PANTHER-PANCO RUBBER CO., INC.   June 9, 1947.   The motion for leave to file a second petition for rehearing is denied.   329 U. S. 826.

No. 300.   EVERETT *v.* DOWNING.   June 9, 1947.   The motion for leave to file a second petition for rehearing is denied.   329 U. S. 827.

No. 1016.   PEYTON *v.* RAILWAY EXPRESS AGENCY, INC.   June 9, 1947.   Leave to file a third petition for rehearing is denied.

No. 1187.   JACKSON *v.* TENNESSEE;
No. 1194.   YOUNG *v.* ANDERSON, SECRETARY OF AGRICULTURE OF THE UNITED STATES, ET AL.; and
No. 1294.   DOBBS *v.* MISSISSIPPI.   June 9, 1947.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications.

No. 754, October Term, 1945.   SEWELL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   See *ante,* p. 794.

No. 143, Misc.   MALOYAN *v.* UNITED STATES CONGRESS.   June 16, 1947.

No. 418.   NATIONAL LABOR RELATIONS BOARD *v.* JONES & LAUGHLIN STEEL CORP.   June 16, 1947.

No. 419.   NATIONAL LABOR RELATIONS BOARD *v.* E. C. ATKINS & CO.   June 16, 1947.